**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

.................................................................................x
Sarah Salamon, individually and on behalf of
all others similarly situated,

                                                    Civil Action No:
                                                    1:21-cv-1951

                            Plaintiff,




    -v.-

    Zwicker & Associates, P.C.,




                            Defendants.
.................................................................................x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.


DATED, this 19th day of July, 2021

                            */s/Tamir Saland*
                            Tamir Saland, Esq.
                            **Stein Saks, PLLC**
                            One University Plaza
                            Hackensack, NJ 07601
                            Ph: 201-282-6500
                            tsaland@steinsakslegal.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 19, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Tamir Saland*
Tamir Saland, Esq.